UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CASTELLANOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LES ZIEVE, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02191-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. No. 14 |

Plaintiff is directed TO SHOW CAUSE why Defendant's motion to dismiss should not be granted for failure to file either a response to the motion by the June 1, 2022, deadline, or a statement of non-opposition as required by Civil L.R. 7-3(b), or, in the alternative, why the case should not be dismissed for failure to prosecute. Plaintiff shall file a statement of two pages or less by July 1, 2022.

**IT IS SO ORDERED.**

Dated: 6/21/2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge